

**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-326-L(10) |
| | ) | |
| QUINTON DWAYNE VINE | ) | |
| | ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Faviola Gonzales, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Quinton Dwayne Vine, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Renee Harris Toliver sitting in the United States District Court, Northern District of Texas, Dallas Division, on September 16, 2022, under the following conditions:

   (1) The defendant must not violate any federal, state or local law while on release.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On February 8, 2025, the defendant and a co-worker engaged in a verbal disagreement that escalated to a physical altercation after the co-worker pointed a finger into the defendant's face. The defendant punched the co-worker in the face and the two began to pull on each other but were separated by construction workers on the site. The defendant expressed regret for his actions and realized the situation could have been handled better. The co-worker left the scene, and the defendant contacted the Collin County Sheriff's Office to report the incident.

The defendant attempted to report the incident to his U.S. Probation Officer, who was out of the office. The defendant advised Collin County Sheriff Deputies explained charges would not be filed because the co-worker made physical contact with the defendant first and the defendant has a right to defend himself. The defendant stated his employer was made aware of the situation and the defendant will not be terminated due to the circumstances of the event.

The undersigned suggests to the court that no action be taken.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on February 12, 2025                         Approved,

s/Faviola Gonzales                                              s/Joni Hail
  U.S. Probation Officer                                    Supervising U.S. Probation Officer
  Amarillo                                                          806-472-1161
  806-337-6620

# Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Quinton Dwayne Vine, of his conditions of pretrial release, the court ORDERS that:

- ☒ No action be taken.
- ☐ The Order Setting Conditions of Release is modified to include the following:
- ☐ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.
- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.
- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.
- ☐ File under seal until further order of the Court.

_Renee Harris Toliver_
Renee Harris Toliver
U. S. Magistrate Judge

February 13, 2025
Date